Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON,                     )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>v.                                  )<br>                                    )<br>COSTCO WHOLESALE CORPORATION,       )<br>                                    )<br>                                    )<br>           Defendant.              )<br>_____) | Superior Court<br>Case No. 3AN-05-13561 CI<br><br>USDC NO.: 3:06-___-___ |

NOTICE OF REMOVAL

Defendant Costco Wholesale Corporation hereby provides notice of removal of this action from the Superior Court for the State of Alaska, Third Judicial District of Alaska, pursuant to 28 U.S.C. §§1332, 1441 and 1446. In support of this notice, defendant assert:

1.   Costco Wholesale Corporation is a defendant in a civil action commenced in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, entitled George Rendon v. Costco Wholesale Corporation, Case No. 3AN-05-13561 CI. This is a complaint for damages in connection

with an alleged incident on December 6, 2003 and was filed in the Superior Court on November 30, 2005. Copies of pertinent process and pleadings served upon defendant are attached hereto as Exhibit A.

  2. This notice is timely under 28 U.S.C. §1446 in that it is made within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based. Costco Wholesale Corporation received a copy of the initial pleading on January 17, 2006.

  3. Upon information and belief, plaintiff is a citizen of the State of Alaska.

  4. At the time that the plaintiff instituted this suit, defendant Costco Wholesale Corporation is a citizen of the State of Washington, in that it is a corporation organized under the laws of the State of Washington.

  5. There is complete diversity of citizenship among the parties.

  6. The amount in controversy exceeds $75,000 exclusive of interest, costs, and attorney's fees, according to allegations in plaintiff's complaint.

  7. Defendant has served a copy of this notice of removal on adverse party and has served a statement of filing of notice of removal on the Superior Court for the State of

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

George Rendon v. Costco Wholesale Corp. USDC Case No. 3:06-_____
NOTICE OF REMOVAL Page 2

Alaska, Third Judicial District at Anchorage, attached as Exhibit B.

    8.   The service list for this action is attached as Exhibit C.

    DATED this 2 day of February 2006, at Anchorage, Alaska.

                            HOLMES WEDDLE & BARCOTT, PC
                            Attorneys for Defendant

                            By _____
                            Randall J. Weddle
                            Alaska Bar No. 7206034

I hereby certify that a true and correct copy of the foregoing was served via mail this 2nd day of February 2006 on:

Dale J. Walther, Esq.
Walther & Flanigan
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK 99501

_____
Susan Winton
X:\1399\20523\pld\USDCNotRemoval06Feb01.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666