IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GEORGE RENDON )
)
      Plaintiff, )
)
vs. )
)
COSTCO WHOLESALE )
CORPORATION. )
      Defendant. )
) 3AN-05- *13561 CI*
)

## COMPLAINT

COMES NOW the Plaintiff, by and through counsel, and for his complaint against defendant alleges and prays for relief as follows:

1. The plaintiff is a resident of the State of Alaska.

2. On or about December 6, 2003 the plaintiff was injured when he encountered an accumulation of ice on a walkway and public sidewalk adjacent to a Costco store located at 4125 Debarr Road situated in Anchorage, Alaska, with said location being further identified as on ice near the front door by the photo department.

3. That the above described premises were owned and/or operated by defendant and which above described accumulation of ice on the walkway posed an hazardous condition that contributed as a substantial factor in legally causing injury to plaintiff with said hazardous condition having included a dangerous accumulation of ice which had not been removed or treated in a reasonable manner.

*Walther & Flanigan*
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-3804

Exhibit __A__ Page __1__ of __4__

4. That defendant had a duty to maintain the walkway in a safe condition, and its negligent maintenance consisted of failing to have in place and follow adequate maintenance procedures, including, but not limited to a failure to correct the dangerous condition described above.

5. That defendant maintained said location either directly or indirectly through its employees or agents.

6. That defendant Costco Wholesale Corporation is a foreign corporation and does business as Costco and is the owner or lessor of the subject building and its environs and operates and does business in the State of Alaska.

7. That defendant was the occupier and/or owner of the premises upon and/or adjacent to which plaintiff was injured and as such is liable for plaintiff's injuries resulting from unsafe conditions on or adjacent to its property. Alternatively, defendant has legal responsibility under the laws of the City of Anchorage and/or State of Alaska with regard to maintaining the subject walkway and premises.

8. All acts and occurrences as alleged herein occurred in the State of Alaska, Third Judicial District, in Anchorage, Alaska.

9. That the above, and herein, described acts of negligence were a legal cause of plaintiff's damages as set forth in plaintiff's prayer for relief.

10. That defendant is negligent *per se* as a consequence of violation of ordinances or code provisions, including, but not limited to, Anchorage Municipal Code Section 24.80.090 which sets forth in part that an occupant of land adjacent to a public sidewalk shall be responsible for the removal of any accumulation of snow and the removal or treatment of any ice that may accumulate, form or be deposited thereon.

Walther & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-3804

Exhibit A Page 2 of 4

In addition said provision states any accumulation of untreated ice of one inch or more, or any combination [of ice and snow] thereof to a depth of two inches or more, or any accumulation of untreated ice at any point shall create a rebuttable presumption that the occupant of land has violated the provisions of the section. Public sidewalk is further defined in Section 24.80.100 to mean any improved walkway intended for use by the public.

11. As a result of plaintiff's injury, he incurred serious injuries, and has incurred damages related thereto in the form of medical care and costs, past and future; pain and suffering, past and future; loss of past earnings; impairment of future earning capacity; loss of enjoyment of life, past and future; and has suffered and will suffer physical limitations.

12. That plaintiff's damages are in excess of the jurisdictional limits of this court, the exact amount to be proven at trial.

WHEREFORE, the plaintiff prays for a judgment against defendant as follows:

    a. For an award of past medical expenses.

    b. For an award for future medical expenses.

    c. For an ward for loss of past earnings.

    d. For an award for impairment of future earning capacity.

    e. For an award for past pain and suffering.

    f. For an award for future pain and suffering.

    g. For an award for past loss of enjoyment of life.

    h. For an award for future loss of enjoyment of life.

    i. For an award for impairment and disability.

Walther & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-1804

Exhibit A Page 3 of 4

In addition, plaintiff prays for an award of costs, attorneys fees, interest, and such other relief as the court deems just and equitable.

DATED THIS 28 DAY OF NOVEMBER, 2005.

                WALTHER & FLANIGAN
                Attorneys for Plaintiff

                *signature*
                Dale J. Walther
                ABA No. 7510102

*Walther & Flanigan*
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-1804

Exhibit A Page 4 of 4