IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GEORGE RENDON | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COSTCO WHOLESALE CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 3AN-05-13561 CI |

## STATEMENT OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, on February 2, 2006 notice of removal of the above-entitled matter from the Superior Court for the State of Alaska, Third Judicial District, at Anchorage, was filed in the United States District Court for the District of Alaska. A copy of the Notice of Removal is attached for filing in the Superior Court.

DATED this 2 day of February 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant,

By: [signature]
Randall J. Weddle
ABA No. 7206034

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Exhibit B  Page 1 of 2

The undersigned hereby certifies that a true and correct copy of the foregoing was served via mail this 2ND day of February 2006 on:

Dale J. Walther, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK 99501

*Susan Winton*
Susan Winton
X:\1399\20523\pld\SupCtRemoval05Feb01.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Exhibit B   Page 2 of 2