## SERVICE LIST

**Attorney:**
Dale J. Walther, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK  99501
*phone:* 907-279-9999

**Representing Plaintiff**

**Attorney:**
Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501-3408
*phone:* 907-274-0666

**Representing Defendant**

X:\1399\20523\pld\ServiceList06Feb02.doc

Exhibit C
Page 1 of 1