Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON,<br><br>   Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant. | Superior Court<br>Case No. 3AN-05-13561 CI<br><br>USDC NO.: 3:06-___ - ___ |

### ENTRY OF APPEARANCE

Holmes Weddle & Barcott, PC hereby enters its appearance on behalf of Defendant in the above-entitled action and requests that copies of any and all pleadings be mailed to the firm at 701 West Eighth Avenue, Suite 700, Anchorage, Alaska, 99501-3408.

DATED this 2nd day of February 2006, at Anchorage, Alaska.

      HOLMES WEDDLE & BARCOTT, PC
      Attorneys for Defendant

      By: _____
       Randall J. Weddle
       Alaska Bar No. 7206034

(margin) HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

I hereby certify that a
true and correct copy of
the foregoing was served
via mail this 2ND day
of February 2006 on:

Dale J. Walther, Esq.
Walther & Flanigan
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK 99501

*Susan Winton*
Susan Winton
X:\1399\20523\pld\USDC.EOA06Feb01.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666