Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEGEORGE RENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Superior Court |
| COSTCO WHOLESALE CORPORATION, ) | Case No. 3AN-05-13561 CI |
| ) | |
| Defendant. ) | USDC NO. 3:06-cv-28-TMB |
| ) | |

NOTICE OF COMPLIANCE

Pursuant to this Court's ORDER TO PETITIONER SUBSEQUENT TO REMOVAL dated February 7, 2006, Defendant Costco Wholesale Corporation hereby files a copy of the SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, which was filed with the Superior Court for the State of Alaska, Third Judicial District, on November 30, 2005.  Attachment A.

Copies of all other records and proceedings filed in such State court have already been filed with this Court. Attachment B.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Defendant Costco Wholesale Corporation also avers that it has already filed with this Court a complete service list of all parties. See Exhibit C of Defendant's NOTICE OF REMOVAL.

DATED this 7th day of February 2006, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, PC
> Attorneys for Defendant
>
> By: *[signature]*
> Randall J. Weddle
> Alaska Bar No. 7206034

I hereby certify that a true and correct copy of the foregoing was served via mail this 7th day of February 2006 on:

Dale J. Walther, Esq.
Walther & Flanigan
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK 99501

*[signature]*
Susan Winton
X:\1399\20523\pld\Notice of Compliance 06Febr07.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666