## LIST OF DOCUMENTS FILED IN THE SUPERIOR COURT

1.   COMPLAINT filed November 30, 2005.

2.   SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL
     ASSIGNMENT filed November 30, 2005.

X:\1399\20523\pld\AttachmentB of Notice of Compliance06Febr07.doc

**HOLMES WEDDLE & BARCOTT, PC**
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Exhibit _B_ Page _1_ of _1_