Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| | ) USDC NO.: 3:06-cv-0028-TMB |
| Defendant. | ) |
| | ) |

ANSWER

Defendant answers plaintiff's complaint as follows:

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. Admitted.

6. Admitted.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied, except defendant admits that plaintiff alleges damages in excess of $100,000.

### AFFIRMATIVE DEFENSES

1. Plaintiff's injuries and damages, if any, are due to his own negligence and his claim is therefore barred.

2. Plaintiff's injuries or damages, if any, are due in part to his own negligence, and his recovery should therefore be reduced under the doctrine of comparative fault.

3. Plaintiff's injuries or damages, if any, are due in whole or in part to negligence of parties other than defendant and plaintiff's damages should be reduced under the doctrine of equitable apportionment.

4. Any damages awarded to plaintiff should be reduced to the extent that discovery reveals that plaintiff has failed to mitigate his damages.

WHEREFORE, Defendant prays as follows:

1. That plaintiff take nothing by way of his complaint.

2. That plaintiff's complaint be dismissed.

3. That plaintiff's award, if any, be reduced under the doctrines of comparative fault and equitable apportionment.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

4.  That plaintiff's recovery, if any, be reduced to the extent that discovery reveals that plaintiff has failed to mitigate his damages.

DATED this 10th day of February 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant

By: /s/ Randall J. Weddle
Randall J. Weddle
Alaska Bar No. 7206034

I hereby certify that a
true and correct copy of
the foregoing was served
via mail this 10th day
of February 2006 on:

Dale J. Walther, Esq.
Walther & Flanigan
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK 99501

/s/ Susan Winton
Susan Winton
X:\1399\20623\pld\USDC.Answer06Feb01.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666