Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Superior Court |
| COSTCO WHOLESALE CORPORATION, ) | Case No. 3AN-05-13561 CI |
| ) | |
| ) | USDC NO.: 3:06-_CV_-_0028 TMB_ |
| Defendant. ) | |
| ) | |

### DEMAND FOR JURY TRIAL

Costco Wholesale Corporation, Defendant, by and through its attorneys, Holmes Weddle & Barcott, P.C., demands trial by jury in the above-entitled action.

DATED this _10th_ day of February 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant

By: _____
Randall J. Weddle
Alaska Bar No. 7206034

I hereby certify that a
true and correct copy of
the foregoing was served
via mail this 10th day
of February 2006 on:

Dale J. Walther, Esq.
Walther & Flanigan
1029 W. 3rd Avenue, Ste. 250
Anchorage, AK 99501

*Susan Winton*
Susan Winton
X:\1399\20623\pld\USDC.DJT06Feb09.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

George Rendon v. Costco Wholesale Corp.          USDC Case No. 3:06-0028-TMB
Demand for Jury Trial                                                   Page 2