Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, Ste. 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax: 907-277-4657
Email: Rweddle@hwb-law.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON )<br>)<br>Plaintiff(s) )<br>)<br>vs )<br>)<br>COSTCO WHOLESALE CORPORATION )<br>)<br>Defendant(s) ) | Case No.   3:06-cv-00028-TMB<br><br><br><br>SCHEDULING AND PLANNING<br>CONFERENCE REPORT |

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on February 28, 2006 and was attended by:

    Dale J. Walther          Attorney for Plaintiff George Rendon

    Randall J. Weddle    Attorney for Defendant Costco Wholesale Corporation

The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    ___ have been exchanged by the parties

    _X_ will be exchanged by the parties by March 17, 2006.

Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

Preliminary witness lists

    ___ have been exchanged by the parties

    _X_ will be exchanged by the parties by March 17, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Negligence, Liability and Damages.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

Negligence, comparative fault and damages.

   B. All discovery commenced in time to be completed by January 31, 2007 ("discovery close date").

   C. Limitations on Discovery.

      1. Interrogatories

        _X_ No change from F.R.Civ.P. 33(a)

        ___ Maximum of ___ by each party to any other party.

        Responses due in ___ days.

      2. Requests for Admissions.

        _X_ No change from F.R.Civ.P. 36(a).

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

    ___ Maximum of ___ requests.

    ___ Responses due in ___ days.

  3. Depositions.

    X No change from F.R.Civ.P. 36(a), (d).

    ___ Maximum of ___ depositions by each party.

    ___ Depositions not to exceed ___ hours unless agreed to by all parties.

D. Reports from retained experts.

X – Disclosure of Experts 90 days <u>before close of discovery</u>.

  ___ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

  X Reports due: 60 days before close of discovery.

  From plaintiff (*insert date*)  From defendant (*insert date*)

E. Supplementation of disclosures and discovery responses are to be made:

  X Periodically at 60-day intervals from the entry of scheduling and planning order.

  ___ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  ___

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

    X    45 days prior to the close of discovery.

    ___

    Not later than (*insert date*)

    ___

5. **Pretrial Motions**.

    X  No change from D.Ak. LR 16.1(c).

    ___

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    ___

    Motions under the discovery rules must be filed not later than (*insert date*).

    ___

    Motions in limine and dispositive motions must be filed not later than (*insert date*).

    ___

6. **Other Provisions**:

    A.    The parties do not request a conference with the court before the entry of the scheduling order.

    X

    ___

    The parties request a scheduling conference with the court on the following issue(s):

    ___

    (*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

    X  This matter is not considered a candidate for court-annexed

    ___

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

alternative dispute resolution.

The parties will file a request for alternative dispute resolution not later than (*insert date*).

___ Mediation        ___ Early Neutral Evaluation

C. The parties ___ do  X  not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

___ All parties have complied     X Compliance not required by any party

7. **Trial**.

A. The matter will be ready for trial:

X  90 days after the discovery close date.

___ not later than (*insert date*).

B. This matter is expected to take  5  days to try.

C. Jury Demanded   X Yes    ___ No

Right to jury trial disputed?    ___ Yes    X No

Dated: 3/3/06

/s/ Dale J. Walther
Dale J. Walther
Plaintiff's Attorney

/s/ Randall J. Weddle
Randall J. Weddle
Defendant's Attorney

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666