Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: (907) 274-0666
Fax:   (907) 277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| COSTCO WHOLESALE CORPORATION, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:06-cv-00028-TMB |

**STIPULATION REGARDING DISCOVERY DEADLINES**

In order to defer the expense of discovery with regard to experts, pending settlement negotiations, the parties hereby stipulate as follows:

1. All discovery must be scheduled so as to be completed by April 31, 2007.

2. Disclosure of experts must be made no later than 90 days before the close of discovery.

3. Expert reports shall be due no later than 60 days before the close of discovery.

DATED this 30th day of October 2006 at Anchorage, Alaska.

        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Defendant Costco Wholesale Corporation

        By: s/Randall J. Weddle
            Randall J. Weddle
            701 W. 8th Avenue, Suite 700
            Anchorage, AK  99501
            Phone: (907) 274-0666
            Fax: (907) 277-4657
            Rweddle@anc.hwb-law.com
            Alaska Bar No. 7206034

DATED this 26 day of October 2006 at Anchorage, Alaska.

        WALTHER & FLANIGAN
        Attorneys for Plaintiff George Rendon

        By: s/Dale J. Walther (consent)
            Dale J. Walther
            Resolution Plaza
            1029 W. 3rd Avenue
            Suite 250
            Anchorage, AK  99501
            Phone: (907) 279-9999
            Fax: (907) 259-3804
            Alaska Bar No. 7510102

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of October 2006 a true and correct copy of the foregoing Stipulation Regarding Discovery Deadlines was served by regular U. S. Mail on:

Dale J. Walther, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501


s/Randall J. Weddle
Randall J. Weddle


X:\1399\20623\pld\StipReDiscoveryDeadlines--06Oct20.doc