Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: (907) 274-0666
Fax:   (907) 277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COSTCO WHOLESALE CORPORATION, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-cv-00028-TMB |

### [PROPOSED] ORDER GRANTING STIPULATION
### REGARDING DISCOVERY DEADLINES

This Court having considered the parties' Stipulation Regarding Discovery Deadlines,

IT IS ORDERED THAT the stipulation is GRANTED as follows:

1. All discovery must be scheduled so as to be completed by April 31, 2007.

2. Disclosure of experts must be made no later than 90 days before the close of discovery.

3. Expert reports shall be due no later than 60 days before the close of discovery.

DATED this _____ day of _____ 2006 at Anchorage, Alaska.

_____
THE HONORABLE TIMOTHY M. BURGESS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October 2006 a true and correct copy of the foregoing [Proposed] Order Granting Stipulation Regarding Discovery Deadlines was served by regular U. S. Mail on:

Dale J. Walther, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501


s/Randall J. Weddle
Randall J. Weddle

X:\1399\20623\pld\OrderStipReDiscoveryDeadlines--06Oct20.doc