IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
GEORGE RENDON,                )
                              )
         Plaintiff,           )
                              )
v.                            )
                              )
COSTCO WHOLESALE CORPORATION, )
                              )
         Defendant.           )
_____)   Case No.3:06-cv-00028-TMB
```

**ORDER GRANTING STIPULATION**
**REGARDING DISCOVERY DEADLINES**

This Court having considered the parties' Stipulation Regarding Discovery Deadlines,

IT IS ORDERED THAT the stipulation is GRANTED as follows:

1. All discovery must be scheduled so as to be completed by April 31, 2007.

2. Disclosure of experts must be made no later than 90 days before the close of discovery.

3. Expert reports shall be due no later than 60 days before the close of discovery.

DATED this 31st day of October, 2006 at Anchorage, Alaska.

/s/ Timothy M. Burgess
HONORABLE TIMOTHY M. BURGESS