Dale J. Walther
WALTHER & FLANIGAN
1029 W. 3rd Ave. Suite 250
Anchorage, Alaska, 99501
Ph. 907- 279-9999
Fax 907-258-3804



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 3:06-CV-0028TMB |
| COSTCO WHOLESALE CORPORATION | ) |
| Defendant, | ) |

### NOTICE OF DISCLOSURE OF PLAINTIFF'S NON RETAINED EXPERT REPORTS

Comes Now Plaintiff, by and through counsel, and hereby gives notice of the disclosure of his non retained expert report of Dr. John Godersky, this report has been provided to counsel but is not attached to this pleading.

PAGE 1 OF 2

DATED at this \_\_\_\\\_\_ day of March, 2007, at Anchorage, Alaska.

>WALTHER & FLANIGAN
>Counsel for Plaintiff
>
>By: _____
>Dale J. Walther
>Alaska Bar No. 7510102

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of
**NOTICE OF DISCLOSURE OF PLAINTIFF'S NON RETAINED EXPERT REPORTS**
was served by mail this \_\_\\\_\_ day of March, 2007, on:

Randall J. Weddle, Esq.
Holmes Weddle & Barcott, PC
701 West 8th Ave., Suite 700
Anchorage, AK 99501

_____
WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

PAGE 2 OF 2