Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON,                              )<br>                                             )<br>            Plaintiff,         )<br>                                             )<br>v.                                           )<br>                                             )<br>COSTCO WHOLESALE CORPORATION,  )<br>                                             )<br>            Defendant.         )<br>_____) | Case No. 3:06-cv-00028-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)[ii], the parties hereby stipulate to dismissal of the above-entitled matter with prejudice, with each party to bear their own costs and attorney fees.

DATED this 16th day of May 2007 at Anchorage, Alaska.

    HOLMES WEDDLE & BARCOTT, P.C.
    Attorneys for Defendant Costco Wholesale Corporation

    By:  s/Randall J. Weddle
        Randall J. Weddle
        701 W. 8th Avenue, Suite 700
        Anchorage, AK  99501
        Phone:  (907) 274-0666
        Fax:  (907) 277-4657
        Rweddle@anc.hwb-law.com
        Alaska Bar No. 7206034

DATED this 16th day of May 2007 at Anchorage, Alaska.

    WALTHER & FLANIGAN
    Attorneys for Plaintiff George Rendon

    By: s/Dale J. Walther (consent)
      Dale J. Walther
      Resolution Plaza
      1029 W. 3rd Avenue
      Suite 250
      Anchorage, AK  99501
      Phone: (907) 279-9999
      Fax: (907) 259-3804
      Alaska Bar No. 7510102

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May 2007 a true and correct copy of the foregoing document was served by via regular U. S. Mail on:

Dale J. Walther, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

s/Randall J. Weddle
Randall J. Weddle

X:\1399\20623\pld\StipDismiss.051507.doc