Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COSTCO WHOLESALE CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cv-00028-TMB |

### [PROPOSED] ORDER GRANTING STIPULATION
### FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties,

IT IS ORDERED THAT the above-captioned case is dismissed with prejudice with each party to bear their own costs and attorney fees.

DATED this _____ day of _____ 2007.

_____
THE HONORABLE TIMOTHY M. BURGESS

**CERTIFICATE OF SERVICE**
I hereby certify that on this 16th day of May 2007 a true and correct copy of the foregoing document was served by via regular U. S. Mail on:

Dale J. Walther, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

s/Randall J. Weddle
Randall J. Weddle