IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE RENDON, )<br>)<br>       **Plaintiff,** )<br>)<br>v. )<br>)<br>COSTCO WHOLESALE )<br>CORPORATION, )<br>)<br>       **Defendant.** )<br>_____ ) | Case No. 3:06-cv-00028-TMB |

**ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties,

IT IS ORDERED THAT the above-captioned case is dismissed with prejudice with each party to bear their own costs and attorney fees.

DATED this 18th day of May, 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE